JOHN D. SULLIVAN
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
Email: John.Sullivan2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

SEP 11 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 17-98-BLG-SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | POSSESSION OF AN UNREGISTERED FIREARM<br>(Count I)<br>Title 26 U.S.C. § 5861(d)<br>(Penalty: Ten years of imprisonment, $10,000 fine, and three years of supervised release) |
| RODNEY ALBERTO HAINS,<br><br>Defendant. | |
| | WITNESS TAMPERING<br>(Count II)<br>Title 18 U.S.C. § 1512(b)(1)<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
| | FORFEITURE ALLEGATION<br>26 U.S.C. § 5872(a) |

1

THE GRAND JURY CHARGES:

## COUNT I

That on or about June 16, 2017, at Ryegate, in the State and District of Montana, the defendant, RODNEY ALBERTO HAINS, knowingly possessed a firearm, that is, a New England Firearms, model Pardner Pump, 12-gauge pump-action shotgun, with an obliterated serial number, having a barrel of less than 18 inches in length, which was not registered to the defendant in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

## COUNT II

That on or about July 22, 2017, at Ryegate, in the State and District of Montana, the defendant, RODNEY ALBERTO HAINS, did knowingly attempt to intimidate, threaten, and corruptly persuade J.B., with the intent to influence, delay, and prevent the testimony of J.B. in an official proceeding relating to the commission of a federal offense, namely, unlawful possession of a firearm by the defendant, RODNEY ALBERTO HAINS, in violation of 18 U.S.C. § 1512(b)(1).

## FORFEITURE ALLEGATION

Upon conviction of the offense charged in count I of this indictment, the defendant, RODNEY ALBERTO HAINS, pursuant to 26 U.S.C. § 5872(a), shall forfeit to the United States, any and all real or personal property used and intended to be used in any manner or part to commit and to facilitate the commission of the

firearm violation alleged in count I of this indictment, including but not limited to the firearm listed above.

A TRUE BILL.

<span style="color:red">Foreperson signature redacted. Original document filed under seal.</span>

FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: ∅ _____