IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

FEB 22 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-98-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RODNEY ALBERTO HAINS, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Wednesday, June 13, 2018 at 10:30 a.m., is **VACATED** and reset to commence on **Friday, June 15, 2018 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

FURTHER, all deadlines outlined in the Court's Order (Doc. 20) of February 16, 2018 shall remain in effect.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of February, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1