FILED JUN 0 4 2018 Clerk, U S District Court District Of Montana Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY ALBERTO HAINS,<br><br>Defendant. | CR 17-98-BLG-SPW<br><br>ORDER |

Upon the Court's own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, July 26, 2018 at 9:30 a.m., is **VACATED** and reset to commence on **Wednesday, August 1, 2018 at 2:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify counsel and the U.S. Marshals Service of the making of this Order.

DATED this 4th day of June, 2018.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1