IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. RODNEY ALBERTO HAINS, Defendant. | CR 17-98-BLG-SPW ORDER |

The United States has filed an Unopposed Motion to Dismiss the Forfeiture Count from the Indictment (Doc. 25). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture count in the above-captioned case is **DISMISSED with prejudice**.

DATED this 27th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1