IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY ALBERTO HAINS,<br><br>Defendant. | CR 17-98-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RODNEY ALBERTO HAINS is hereby released from the custody of the U.S. Marshals Service.

DATED this 4th day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1