IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODNEY ALBERTO HAINS,<br><br>Defendant. | CR 17-98-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RODNEY ALBERTO HAINS is hereby released from the custody of the U.S. Marshals Service.

DATED this 28th day of May, 2020.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1